**B5 (Official Form 5) (12/07)**

| United States Bankruptcy Court<br><br>_____**District of**_____ | **INVOLUNTARY PETITION** |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses) ||
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>☐ Chapter 7     ☐ Chapter 11 ||

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| **Nature of Debts**<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☐ Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | **Nature of Business**<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| **VENUE**<br><br>☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | **FILING FEE** (Check one box)<br><br>☐ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |
|---|---|

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>(Check applicable boxes) | **COURT USE ONLY** |
|---|---|
| 1. ☐ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_ Pres.
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date
Creative Elegance, Inc.    5/20/11
Name of Petitioner    Date Signed    Name of Attorney Firm (if any)

Name & Mailing Address of Individual Signing in Representative Capacity:  2105 Edwards Avenue, South El Monte, CA 91733-2037

Telephone No.

x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date
Interlude Home, Inc.
Name of Petitioner    Date Signed    Name of Attorney Firm (if any)

Name & Mailing Address of Individual Signing in Representative Capacity:  POB 5009, New Britain, CT 06050-5009

Telephone No.

x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date
Omega 2000
Name of Petitioner    Date Signed    Name of Attorney Firm (if any)

Name & Mailing Address of Individual Signing in Representative Capacity:  141 S Holguarden Street, La Puente, CA 91744

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

☐ continuation sheets attached

p.8    (818) 922-8728

May 19 11 04:35p

No. 0782   P. 1
May 20, 2011 7:14PM   Creative Elegance   Las Vegas

MAY-20-2011 09:14 From:GENESIS 2000　　　　16269685005　　　　To:12129676467　　　P.1/1

B5 (Official Form 5) (12/07) - Page 2　　　　Name of Debtor_____

Case No._____

**TRANSFER OF CLAIM**
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| Creative Pleasures, Inc. | | |
| Name of Petitioner / Date Signed | Name of Attorney Firm (if any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity: 2105 Edwards Avenue, South El Monte, CA 91733-2017 | Address | |
| | Telephone No. | |

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| Vehicle Nexus, Inc. | | |
| Name of Petitioner / Date Signed | Name of Attorney Firm (if any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity: POB 5009, New Britain, CT 06050-5009 | Address | |
| | Telephone No. | |

| Signature of Petitioner or Representative (State title) *Cresta Moreno* 5-20-11 | Signature of Attorney | Date |
|---|---|---|
| Genesis 2000 | | |
| Name of Petitioner / Date Signed | Name of Attorney Firm (if any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity: 341 S Hudspeth Street, La Puente, CA 91744 | Address | |
| | Telephone No. | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |

___ continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor _____

Case No. _____

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| Creative Elegance, Inc. | | |
| Name of Petitioner | | |
| Date Signed | Name of Attorney Firm (If any) | |
| | Address | |
| Name & Mailing Address of Individual Signing in Representative Capacity: 2105 Edwards Avenue, South El Monte, CA 91733-2037 | | |
| | Telephone No. | |

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| John Marsh mgr 5-20-11 | | |
| Interlude Home, Inc. | | |
| Name of Petitioner | | |
| Date Signed | Name of Attorney Firm (If any) | |
| | Address | |
| Name & Mailing Address of Individual Signing in Representative Capacity: POB 5009, New Britain, CT 06050-5009 | | |
| | Telephone No. | |

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| Copacili 2009 | | |
| Name of Petitioner | | |
| Date Signed | Name of Attorney Firm (If any) | |
| | Address | |
| Name & Mailing Address of Individual Signing in Representative Capacity: 261 S Holgarden Street, La Puente, CA 91744 | | |
| | Telephone No. | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

___ continuation sheets attached

Total Amount of Petitioners' Claims

B5 (Official Form 5) (12/07) – Page 3     Name of Debtor_____

Case No._____

| TRANSFER OF CLAIM |
|---|
| [X] Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_ Chief Operating Officer | x _[signature]_ Officer
Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date

Lyon Capital Corporation
Name of Petitioner                Date Signed | Name of Attorney Firm (If any)

Name & Mailing         7924 W Sahara Avenue
Address of Individual  Las Vegas, NV 89117 | Address
Signing in Representative   Fredric R. Wassespring
Capacity   Chief Operating Officer

 | Telephone No.

x_____ | x_____
Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date

Name of Petitioner                Date Signed | Name of Attorney Firm (If any)

Name & Mailing
Address of Individual
Signing in Representative
Capacity | Address

 | Telephone No.

x_____ | x_____
Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date

Name of Petitioner                Date Signed | Name of Attorney Firm (If any)

Name & Mailing
Address of Individual
Signing in Representative
Capacity | Address

 | Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims

__3__ continuation sheets attached

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re:                                          )
   ROSSI HOME FURNISHINGS, INC., f/k/a    )    Chapter 7
   ROSSI BROS. FURNITURE COMPANY,         )    Case No. _____
                    Alleged Debtor.    )

## TRANSFEREE DISCLOSURE PURSUANT TO
## RULE 1003 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

The undersigned, duly authorized agent of Lyon Capital Corporation, avers that its claim against the Alleged Debtor herein was not obtained for the purpose of commencing this Involuntary Case. Attached hereto and incorporated herein as Exhibit as if fully articulated herein, is a true and correct copy of the transfer agreement pursuant to which all claims against the Alleged Debtor were obtained.

Respectfully submitted,<br>
Lyon, Capital Corporation<br><br>
By: _____<br>
    Authorized Agent

Subscribed and sworn before me
this __19__ day of May 2011.

_____
NOTARY PUBLIC



CYMBRA A. VALENZUELA
Notary Public, State of Nevada
Appointment No. 05-101034-1
My Appt. Expires Sept. 28, 2013